Dismissed and Memorandum Opinion filed February 1, 2007








Dismissed
and Memorandum Opinion filed February 1, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01050-CV

____________

 

APPROXIMATELY $13,022.99, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 165th District Court

Harris County, Texas

Trial Court Cause No.
01-14359

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed May 18,
2001.  Appellant=s notice of appeal was filed November 27,
2006.  In a restricted appeal, the notice of appeal must be filed within six
months after the judgment is signed.  See Tex. R. App. P. 26.1

On January 10, 2007, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of
jurisdiction.  See Tex. R. App.
P. 42.3(a).  Appellant=s response fails to demonstrate that this
Court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 1, 2007.

Panel consists of Justices Frost,
Seymore, and Guzman.